Name: Kimberley L.A.C. Marquard
Street Address: General Delivery
City and County: Yuba City, Sutter County
State and Zip Code: CA.,95991
Telephone Number: (530) 315-2342
E-mail: marquardvsyubacitypolicedept@gmail.com

FILED
OCT - 5 2026
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY ____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

KIMBERLEY L.A.C. MARQUARD, individually, and
d.b.a. HEAVEN CAN WAIT

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**-against- "SEE ATTACHED PAGE FOR COMPLETE MASTER LIST OF DEFENDANTS (1 THROUGH 32)."**

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

**Complaint for Violation of Civil Rights**
(Non-Prisoner Complaint)

Case No. 2:26-CV-03463 TLN SCR (PS)
*(to be filled in by the Clerk's Office)*

Jury Trial: ☒ Yes ☐ No
*(check one)*

ATTACHMENT TO PAGE 1: COMPLETE LIST OF DEFENDANTS

1. CITY OF YUBA CITY, a municipal entity
2. YUBA CITY POLICE DEPARTMENT, a municipal law enforcement agency
3. DAVE SHAW, in his official capacity as Mayor of Yuba City
4. DIANA LANGLEY, in her official and individual capacity as City Manager of Yuba City
5. MARC BOOMGAARDEN, in his official capacity as Yuba City Council Member
6. WADE KIRCHNER, in his official capacity as Yuba City Council Member
7. SHON HARRIS, in his official capacity as Yuba City Council Member
8. MICHAEL PASQUALE, in his official capacity as Yuba City Council Member
9. COUNTY OF SUTTER, a municipal entity
10. DAN FLORES, in his official capacity as Sutter County Board of Supervisor District 2
11. JEFF BOONE, in his official capacity as Sutter County Board of Supervisor District 1
12. MIKE ZIEGENMEYER,in his official capacity as Sutter County Board of Supervisor District3
13. KARM BAINS, in his official capacity as Sutter County Board of Supervisor District 4
14. JEFF STEPHENS, in his official capacity as Sutter County Board of Supervisor District 5
15. JENNIFER DUPRE, in her individual capacity as Sutter County District Attorney
16. AMANDA L. HOPPER, in her individual capacity as former Sutter County District Attorney
17. MERCEY GARCIA, in his individual capacity as Sutter County District Attorney Investigation Lieutenant
18. REGIONAL HOUSING AUTHORITY(RHA), a public housing entity
19. GUS BECERRA, in his official capacity as Executive Director of RHA
20. APERTO PROPERTY MANAGEMENT, INC., a private corporate contractor
21. CARLA DODSON, in her individual capacity as Aperto Property Management, Manager
22. LYNN SINNOTT, in her individual capacity as Aperto Property Management, Manager
23. DESIRA WALKER, in her individual capacity as Aperto Property Management, Manager
24. TELECARE CORPORATION, a private corporate mental health contractor
25. SUTTER YUBA BEHAVIORAL HEALTH (SYBH), a joint county division
26. JOHN FLOE, in his individual capacity as SYBH Vice President of Service Access and CoC Board Member
27. SUTTER/YUBA CONTINUUM OF CARE (CoC), a regional administrative block
28. JOHNNY BURKE, in his individual capacity as Executive Director of the SUTTER/YUBA CoC
29. HANDS OF HOPE, a non-profit transition partner organization
30. RICK MILLHOLLIN, in his individual capacity as Executive Director of Hands of Hope
31. EMILY F. WOOD, in her individual capacity as Coordinated Entry Administrator
32. DOES 1 through 100, inclusive, in their individual capacities

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in *forma pauperis*.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Kimberley L.A.C. Marquard, individually and d.b.a Heaven Can Wait

Street Address: General Delivery

City and County: Yuba City, Sutter County

State and Zip Code: California 95991

Telephone Number: (530) 315-2342

E-mail Address: marquardvsyubacitypolicedept@gmail.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name: "SEE ATTACHED PAGES FOR ALL DEFENDANTS (1 THROUGH 32),

Job or Title (if known): INCLUDING NAMES, JOB TITLES, ADMINISTRATIVE SERVICES ADDRESSES, AND LEGAL CAPACITIES."

**ATTACHMENT TO PAGE 2:**

**"THE PARTIES TO THIS COMPLAINT SECTION I (B): THE DEFENDANT(S)":**

**Defendant No.1**

**Name: CITY OF YUBA CITY**

**Job or Title: Municipal Entity/ Corporate Municipality**

**Street Address: Yuba City Hall, 1201 Civic Center Blvd.,**

**City and County: Yuba City, Sutter County**

**State and Zip Code: CALIFORNIA 95993**

**Telephone Number: (530) 822-4632**

**E-mail Address: @yubacity.net**

**Capacity Box: {X} Official Capacity**

**Defendant No.2**

**Name: YUBA CITY POLICE DEPARTMENT**

**Job or Title: Municipal Law Enforcement Agency**

**Street Address: 1545 Poole Blvd,**

**City and County: Yuba City, Sutter County**

**State and Zip Code: CALIFORNIA 95993**

**Telephone Number: (530) 822-4664**

**E-mail Address: @yubacity.net**

**Capacity Box: {X} Official capacity**

**(CONT. NEXT PAGE 2)**

**ATTACHMENT TO PAGE 2:**

**"THE PARTIES TO THIS COMPLAINT SECTION I (B): THE DEFENDANT(S)":**

**Defendant No.3**

**Name: DAVE SHAW**

**Job or Title: Mayor of Yuba City**

**Street Address: 1201 Civic Center Blvd.,**

**City and County: Yuba City, Sutter County**

**State and Zip Code: CALIFORNIA 95993**

**Telephone Number: (530) 822-4602**

**E-mail Address: dshaw@yubacity.net**

**Capacity Box: {X} Official Capacity**

**Defendant No.4**

**Name: DIANA LANGLEY**

**Job or Title: City Manager of Yuba City**

**Street Address: 1201 Civic Center Blvd.,**

**City and County: Yuba City, Sutter County**

**State and Zip Code: CALIFORNIA 95993**

**Telephone Number: (530) 822-4602**

**E-mail Address: llangley@yubacity.net**

**Capacity Box: {X} BOTH Official and Individual Capacity**

**(CONT. NEXT PAGE 3)**

**ATTACHMENT TO PAGE 2:**

**"THE PARTIES TO THIS COMPLAINT SECTION I (B): THE DEFENDANT (S)"**

**Defendant No.5**

**Name: MARC BOOMGAARDEN**

**Job or Title: Yuba City Council Member**

**Street Address: 1201 Civic Center Blvd.**

**City and County: Yuba City, Sutter County**

**State and Zip Code: CALIFORNIA 95993**

**Telephone Number: (530) 822-4602**

**E-mail Address: mboomgaarden@yubacity.net**

**Capacity Box: {X} Official Capacity**

**Defendant No.6**

**Name: WADE KIRCHNER**

**Job or Title: Yuba City Council Member**

**Street Address: 1201 Civic Center Blvd.,**

**City and County: Yuba City, Sutter County**

**State and Zip Code: CALIFORNIA 95993**

**Telephone Number: (530) 822-4602**

**E-mail Address: wkirchner@yubacity.net**

**Capacity Box: {X} Official Capacity**

**(CONT. NEXT PAGE 4)**

ATTACHMENT TO PAGE 2:

"THE PARTIES TO THIS COMPLAINT SECTION I (B): THE DEFENDANT (S)"

Defendant No. 7

Name: SHON HARRIS

Job or Title: Yuba City Council Member

Street Address: 1201 Civic Center Blvd.

City and County: Yuba City, Sutter County

State and Zip Code: CALIFORNIA 95993

Telephone Number: (530) 822-4602

E-mail Address:

Capacity Box: {X} Official Capacity

Defendant No. 8

Name: MICHAEL PASQUALE

Job or Title: Yuba City Council Member

Street Address: 1201 Civic Center Blvd.

City and County: Yuba City, Sutter County

State and County: CALIFORNIA 95993

Telephone Number: (530) 822-4602

Capacity Box: {X} Official Capacity

(CONT. NEXT PAGE 5)

**ATTACHMENT TO PAGE 2:**

**"THE PARTIES TO THIS COMPLAINT SECTION I (B): THE DEFENDANT (S)**

**Defendant No. 9**

**Name: COUNTY OF SUTTER**

**Job or Title: Municipal Entity/ County Municipality**

**Street Address: County Administration Building, 1160 Civic Center Blvd.**

**City and County: Yuba City, Sutter County**

**State and Zip Code: CALIFORNIA 95993**

**Telephone Number: (530) 822-7100**

**E-mail Address: administration@co.sutter.ca.us**

**Capacity Box: {X} Official Capacity**

**Defendant No. 10**

**Name: DAN FLORES**

**Job or Title: Sutter County Supervisor (District 2)**

**Street Address: 1160 Civic Center Blvd.**

**City and County: Yuba City, Sutter County**

**State and Zip Code: CALIFORNIA 95993**

**Telephone Number: (530) 822-7106**

**E-mail Address: UNKNOWN**

**Capacity Box: {X} Official Capacity**

**(CONT. NEXT PAGE 6)**

**ATTACHMENT TO PAGE 2:**

**"THE PARTIES TO THIS COMPLAINT SECTION I (B): THE DEFENDANT (S)"**

**Defendant No. 11**

**Name: JEFF BOONE**

**Job or Title: Sutter County Supervisor District 1**

**Street Address: 1160 Civic Center Blvd.**

**City and County: Yuba City, Sutter County**

**State and Zip Code: CALIFORNIA 95993**

**Telephone Number: (530) 822-7106**

**E-mail Address: UNKNOWN**

**Capacity Box: Official Capacity**

**Defendant No. 12**

**Name: MIKE ZIEGENMEYER**

**Job or Title: Sutter County Supervisor District 3**

**Street Address: 1160 Civic Center Blvd.**

**City and County: Yuba City, Sutter County**

**State and Zip Code: CALIFORNIA 95993**

**Telephone Number: (530) 822-7106**

**E-mail Address: UNKNOWN**

**Capacity Box: Official Capacity**

**(CONT. NEXT PAGE 7)**

**ATTACHMENT TO PAGE 2:**

**"THE PARTIES TO THIS COMPLAINT SECTION I (B): THE DEFENDANT (S)**

**Defendant No. 13**

**Name: KARM BAINS**

**Job and Title: Sutter County Supervisor District 4**

**Street Address: 1160 Civic Center Blvd.**

**City and County: Yuba City, Sutter County**

**State and Zip Code: CALIFORNIA 95993**

**Telephone Number: (530) 822-7106**

**E-mail Address: UNKNOWN**

**Capacity Box: Official Capacity**

**Defendant No. 14**

**Name: JEFF STEPHENS**

**Job or Title: Sutter County Supervisor District 5**

**Street Address: 1160 Civic Center Blvd.**

**City and County: Yuba City, Sutter County**

**State and Zip Code: CALIFORNIA 95993**

**Telephone Number: (530) 822-7106**

**E-mail Address: UNKNOWN**

**Capacity Box: Official Capacity**

**(CONT. NEXT PAGE 8)**

**ATTACHMENT TO PAGE 2:**

**"THE PARTIES TO THIS COMPLAINT SECTION I (B): THE DEFENDANT (S)**

**Defendant No.15**

**Name: JENNIFER DUPRE**

**Job or Title: Sutter County District Attorney**

**Street Address: District Attorneys Office, 446 Second Street**

**City and County: Yuba City, Sutter County**

**State and Zip Code: CALIFORNIA 95991**

**Telephone Number: (530) 822-7330**

**E-mail Address: UNKNOWN**

**Capacity Box: {X} Individual Capacity**

**Defendant No.16**

**Name: AMANDA L. HOPPER**

**Job or Title: Former District Attorney**

**Street Address: District Attorneys Office, 446 Second Street**

**City and County: Yuba City, Sutter County**

**State and Zip Code: CALIFORNIA 95991**

**Telephone Number: (530) 822-7330**

**E-mail Address: UNKNOWN**

**Capacity Box: {X} Individual Capacity**

**(CONT. NEXT PAGE 9)**

**ATTACHMENT TO PAGE 2:**

**"THE PARTIES TO THIS COMPLAINT SECTION I (B): THE DEFENDANT (S)"**

**Defendant No. 17**

**Name: MERCEY GARCIA**

**Job or Title: District Attorney Investigation Lieutenant**

**Street Address: District Attorney Office 446 Second Street**

**City and County: Yuba City, Sutter County**

**State and Zip Code: CALIFORNIA 95991**

**Telephone Number: (530) 822-7330**

**E-mail Address: UNKNOWN**

**Capacity Box {X}: Individual Capacity**

**Defendant No. 18**

**Name: REGIONAL HOSING AUTHORITY (RHA)**

**Job or Title: Public Housing Asset Administration Entity**

**Street Address: Main Administrative Complex 1455 Butte House Road**

**City and County: Yuba City, Sutter County**

**State and Zip Code: CALIFORNIA 95993**

**Telephone Number: (530) 671-0220**

**E-mail Address: UNKNOWN**

**Capacity Box {X}: Official Capacity**

**(CONT. NEXT PAGE 10)**

**ATTACHMENT TO PAGE 2:**

**"THE PARTIES TO THIS COMPLAINT SECTION I (B): THE DEFENDANT (S)"**

**Defendant No. 19**

**Name: GUS BECERRA**

**Job or Title: Executive Director of RHA**

**Street Address: Main Administrative Complex, 1455 Butte House Road**

**City and County: Yuba City, Sutter County**

**State and Zip Code: CALIFORNIA 95993**

**Telephone Number: (530) 671-0220**

**E-mail Address: UNKNOWN**

**Capacity Box: {X} Official Capacity**

**Defendant No. 20**

**Name: APERTO PROPERTY MANAGEMENT, INC.**

**Job or Title: Private Corporate Low- Income Housing Contractor**

**Street Address: 2 Venture, Suite 525**

**City and County: Irvine, Orange County**

**State and Zip Code: CALIFORNIA 92618**

**Telephone Number:(949) 873-4200**

**E-mail Address: UNKNOWN**

**Capacity Box: {X} Official Capacity**

**(CONT. NEXT PAGE 11)**

**ATTACHMENT TO PAGE 2:**

**"THE PARTIES TO THIS COMPLAINT SECTION I (B): THE DEFENDANT (S)"**

**Defendant No. 21**

**Name: CARLA DODSON**

**Job or Title: Aperto Property Manager @ New Haven Court PSH**

**Street Address: 448 Garden Highway**

**City and County: Yuba City, Sutter County**

**State and Zip Code: CALIFORNIA 95991**

**Telephone Number: (530) 822-7200**

**E-mail Address: UNKNOWN**

**Capacity Box: {X} Individual Capacity**

**Defendant No. 22**

**Name: LYNN SINNOTT**

**Job or Title: Aperto Property Manager @ New Haven Court PSH**

**Street Address: 448 Garden Highway**

**City and County: Yuba City, Sutter County**

**State and Zip Code: CALIFORNIA 95991**

**Telephone Number: (530) 822-7200**

**E-mail Address: UNKNOWN**

**Capacity Box: {X} Individual Capacity**

**(CONT. NEXT PAGE 12)**

**ATTACHMENT TO PAGE 2:**

**"THE PARTIES TO THIS COMPLAINT SECTION I (B): THE DEFENDANT (S)"**

**Defendant No. 23**

**Name: DESIRA WALKER**

**Job or Title: Aperto Property Manager for New Haven Court PSH**

**Street Address: 448 Garden Highway**

**City and County: Yuba City, Sutter County**

**State and Zip Code: CALIFORNIA 95991**

**Telephone Number: (530) 822-7200**

**E-mail Address: UNKNOWN**

**Capacity Box: {X} Individual Capacity**

**Defendant No. 24**

**Name: TELECARE CORPORATION**

**Job or Title: Private Clinical Behavioral Health Contractor**

**Street Address: 1080 Marina Village Parkway Suite 100**

**City and County: Alameda, Alameda County**

**State and Zip Code: CALIFORNIA 94501**

**Telephone Number: (510) 337-7950**

**E-mail Address: UNKNOWN**

**Capacity Box: {X} Official Capacity (Acting under color of law)**

**(CONT. NEXT PAGE 13)**

**ATTACHMENT TO PAGE 2:**

**"THE PARTIES TO THIS COMPLAINT SECTION I (B): THE DEFENDANT (S)"**

**Defendant No. 25**

**Name: SUTTER-YUBA BEHAVIORAL HEALTH (SYBH)**

**Job or Title: Joint County Mental Health Administrative Divison**

**Street Address: 1965 Live Oak Blvd.,**

**City and County: Yuba City, Sutter County**

**State and Zip Code: CALIFORNIA 95991**

**Telephone Number: (530) 822-7200**

**E-mail Address: UNKNOWN**

**Capacity Box: {X} Official Capacity**

**Defendant No. 26**

**Name: JOHN FLOE**

**Job or Title: SYBH Vice President and CoC Board Member**

**Street Address: 1965 Live Oak Blvd.,**

**City and County: Yuba City, Sutter County**

**State and Zip Code: CALIFORNIA 95991**

**Telephone Number: (530) 822-7200**

**E-mail Address: UNKNOWN**

**Capacity Box: {X} Individual Capacity**

**(CONT. NEXT PAGE 14)**

**ATTACHMENT TO PAGE 2:**

**"THE PARTIES TO THIS COMPLAINT SECTION I (B): THE DEFENDANT (S)"**

**Defendant No. 27**

**Name: SUTTER-YUBA CONTINUUM OF CARE (CoC)**

**Job or Title: Regional Homeless Assistance Planning Block**

**Street Address: 909 Spiva Ave**

**City and County: Yuba City, Sutter County**

**State and Zip Code: CALIFORNIA 95991**

**Telephone Number: (530) 632-5761**

**E-mail Address: UNKNOWN**

**Capacity Box: {X} Official Capacity**

**Defendant No. 28**

**Name: JOHNNY BURKE**

**Job or Title: Executive Director of Sutter-Yuba Continuum Of Care (CoC)**

**Street Address: 909 Spiva Ave.**

**City and County: Yuba City, Sutter County**

**State and Zip Code: CALIFORNIA 95991**

**Telephone Number: (530) 632-5761**

**E-mail Address: director@syhomelessconsortium.org**

**Capacity Box: {X} Individual Capacity**

**(CONT. NEXT PAGE 15)**

**ATTACHMENT TO PAGE 2:**

**"THE PARTIES TO THIS COMPLAINT SECTION I (B): THE DEFENDANT (S)"**

**Defendant No. 29**

**Name: HANDS OF HOPE**

**Job or Title: Non-Profit Transition Partner Organization**

**Street Address: 909 Spiva Ave.**

**City and County: Yuba City, Sutter County**

**State and Zip Code: CALIFORNIA 95991**

**Telephone Number: (530) 755-3491**

**E-mail Address: UNKNOWN**

**Capacity Box: {X} Official Capacity (Acting under color of law)**

**Defendant No. 30**

**Name: RICK MILLHOLLIN**

**Job or Title: Executive Director of Hands of Hope**

**Street Address: 909 Spiva Ave.**

**City and County: Yuba City, Sutter County**

**State and Zip Code: CALIFORNIA 95991**

**Telephone Number: (530) 755-3491**

**E-mail Address: UNKNOWN**

**Capacity Box: {X} Individual Capacity**

**(CONT. NEXT PAGE 16)**

**ATTACHMENT TO PAGE 2:**

**"THE PARTIES TO THIS COMPLAINT SECTION I (B): THE DEFENDANT (S)"**

**Defendant No. 31**

**Name: EMILY F. WOOD**

**Job or Title: Coordinated Entry System Database Manager/ Case Manager**

**Street Address: 909 Spiva Ave.**

**City and County: Yuba City, Sutter County**

**State and Zip Code: CALIFORNIA 95991**

**Telephone Number:( 530) 755-3491**

**E-mail Address: UNKNOWN**

**Capacity Box: {X} Individual Capacity**

**Defendant No. 32**

**Name: DOES 1 THROUGH 100, inclusive**

**Job or Title: Unidentified Law Enforcement Officers, Jail Staff, and Public Clerks**

**Street Address: UNKNOWN (to be determined via discovery subpoenas)**

**City and County:**

**State and Zip Code:**

**Telephone Number:**

**E-mail Address:**

**Capacity Box: {X} Individual Capacity**

Street Address __________
City and County __________
State and Zip Code __________
Telephone Number __________
E-mail Address (if known) __________

☐ Individual capacity ☐ Official capacity

Defendant No. 2

Name __________
Job or Title (if known) __________
Street Address __________
City and County __________
State and Zip Code __________
Telephone Number __________
E-mail Address (if known) __________

☐ Individual capacity ☐ Official capacity

Defendant No. 3

Name __________
Job or Title (if known) __________
Street Address __________
City and County __________
State and Zip Code __________
Telephone Number __________
E-mail Address (if known) __________

☐ Individual capacity ☐ Official capacity

Defendant No. 4

Name __________
Job or Title __________

(if known)

Street Address ______________________

City and County ______________________

State and Zip Code ______________________

Telephone Number ______________________

E-mail Address ______________________
(if known)

☐ Individual capacity ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

First Amendment Retaliation, First Amendment Freedom of Association, and Fourteenth Amendment Due Process Rights.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

______________________

______________________

______________________

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Defendants acted under color of law by managing a public, government-funded housing program, distributing federal housing allocations, and utilizing municipal police forces to execute bad-faith, pretextual arrests to suppress public whistleblower speech.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

New Haven Court Permanent Supportive Housing program (448 Garden Highway, Yuba City, CA), the Sutter County District Attorney's office, and public municipal forums within Yuba City, California.

B. What date and approximate time did the events giving rise to your claim(s) occur?

Ongoing from June 1, 2021, through June 18, 2025, with continuous retalitory actions extending through September 2026.

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

"SEE ATTACHED CHRONOLOGICAL TIMELINE SHEET FOR FULL STATEMENT OF CLAIM DISCLOSURES AND RETALIATION EVENTS."

# ATTACHMENT TO SECTION III(C): STATEMENT OF CLAIM

*(Definitive Chronological Whistleblower Narrative and Retaliation Timeline)*

## 1. Core Location and Structural Framework

From **June 2021** through the present date of **September 2026**, within the **New Haven Court Permanent Supportive Housing (PSH) program** located at **448 Garden Highway, Yuba City, California**, Plaintiff was an on-site resident and a licensed sole proprietorship service provider operating under the business name **HEAVEN CAN WAIT**

Plaintiff uncovered a pattern of severe felony crimes on the property, including systematic sexual violence committed against severely mentally ill residents and an on-site homicide. Plaintiff engaged in extensive protected First Amendment speech, emergency reporting, and judicial petitioning to expose these public safety failures. In response, the named public entities and private contractors entered into a coordinated retaliatory conspiracy under color of law to suppress Plaintiff's speech, execute immediate mass evictions, issue structural association bans, execute bad-faith police deployments resulting in physical assault and vehicle destruction, and initiate a multi-year campaign of **pretextual arrests** to conceal institutional crimes.

## 2. Detailed Chronological Log of Events (2021 – 2025)

- **June 1, 2021 — The First Felony Sexual Assault:**
  An active, violent rape was committed against a disabled female resident by a specific male tenant on the property. This incident was officially processed and documented within the local judicial records.

- **Summer 2021 — Secondary Sexual Assault:**
  The same male tenant committed a secondary sexual assault against another resident on the New Haven Court property.

- **August 24, 2021 — Initial County Board Notification:**
  Plaintiff initiated formal contact by directly emailing **Dan Flores of the Sutter County Board of Supervisors (District 2)**. Plaintiff provided explicit notice regarding the active operations, severe safety breakdowns, elder abuse, and programmatic corruption taking place within the New Haven Court program.

- **September 2021 — Emergency Financial Operations:**
  Acting as a licensed sole proprietor, Plaintiff compiled records and successfully applied for federal COVID-19 emergency rental assistance on behalf of her unhoused, vulnerable clients.

- **September 26, 2021 — On-Site Homicide and Confession:**
  The same male predator committed a homicide on the New Haven Court property. The perpetrator explicitly admitted the murder to law enforcement and drafted, signed, and delivered a physical confession statement directly to Plaintiff detailing exactly what lethal substances he administered to kill the female victim.

- **November 5, 2021 — Third Rape and Local CAD Logging:**
  The same male perpetrator committed a third rape against a resident. Plaintiff immediately dialed emergency services while the crime was actively occurring. Local authorities logged the emergency response on official law enforcement computer-aided dispatch (CAD) call sheets, though no formal charges were initiated in court records.

- **December 26, 2021 — Fourth Rape and Multi-Agency Notice:**
  The same perpetrator committed a fourth rape on the property. Following this attack, Plaintiff provided explicit notice of the continuous rapes and homicide directly to **DA Investigation Lieutenant Mercey Garcia**, **former DA Amanda Hopper**, and **Supervisor Dan Flores** (DA Jennifer Dupré was not yet in office).

- **January 7, 2022 — Administrative Warning Campaign:**
  Plaintiff directly called and left explicit voicemail messages for **Rick Millhollin** (Hands of Hope), **Johnny Burke** (CoC SY [illegible]), **Gus Becerra** (Regional Housing Authority), **Mayor Dave Shaw**, and **Supervisor Dan Flores**, exposing the resident rapes and murder. Official personal call logs preserve these specific entries as physical proof of notice

- **January 9, 2022 — Executive Notice from Out-of-State:**
  On Sunday, Yuba City **Mayor Dave Shaw** returned Plaintiff's outreach via telephone from his out-of-state ranch house location. Plaintiff engaged in an extensive conversation detailing all crimes taking place on the property. Mayor Shaw explicitly promised Plaintiff that he would instruct **City Manager Diana Langley** to arrive at the facility the next day, January 10, 2022, to investigate the allegations.

- **January 10, 2022 — Executive Failure to Inspect:**
  In direct breach of the Mayor's explicit executive directive, **City Manager Diana Langley completely failed to show up** at the New Haven Court facility to inspect the site, review Plaintiff's evidence logs, or investigate the severe public safety breakdowns. Concurrently, to protect the targeted victims, Plaintiff filed a formal emergency restraining order petition on behalf of the December 26th rape victim in the local court

- **January 12, 2022 — Law Enforcement Suspect Arrest:**
  Following Plaintiff's judicial petition, local law enforcement arrested the male predator specifically for the December 26, 2021 rape of the female resident.

- **January 13, 2022 — Coordinated Retaliatory Eviction Notice:**
  The very next day following the predator's arrest, **Aperto Property Management** served an

immediate retaliatory eviction notice to Plaintiff and the November 5, 2021 rape victim.

- **January 21, 2022 — Civil Rights Petitions and Private Contractor Retaliation:**
  Plaintiff filed additional protective petitions on behalf of two rape victims and two elderly clients suffering severe abuse by county agencies for denying reasonable accommodations and enforcing bad-faith evictions. **Sutter County Superior Court Judge Perry Parker** explicitly denied all protective petitions Concurrently, Aperto Manager Carla Dodson filed a retaliatory restraining order against Plaintiff utilizing falsified threats. Judge Parker granted the order to Carla Dodson, and structurally blocking Plaintiff's access to her clients.

- **April 26, 2022 — Political Candidate Notice:**
  Plaintiff engaged in highly public protected speech by directly confronting political candidate **Jennifer Dupré** at a public debate. In a private conversation immediately following the debate, Jennifer Dupré promised Plaintiff that when she officially came into office **at the beginning of 2023, she would take care of everything.**

- **September 2022 — Physical Housing Eviction and Program Defamation:**
  Plaintiff filed an administrative appeal regarding the eviction actions. The appeal was denied, and Aperto management physically evicted Plaintiff, all of her vulnerable clients, and the primary rapist/murderer from the property. Local officials processed the predator's violent offenses as simple misdemeanor sexual assault charges and categorized the homicide as a "cold case homicide" on the official record. Following the evictions, program staff defamed Plaintiff by telling her unhoused clients she had "stolen their rent money," utilizing this false pretext to evict an additional disabled elderly client.

- **January 2023 — State and Federal Whistleblower Filings:**
  To protect an endangered, disabled elderly tenant facing retaliatory eviction, Plaintiff filed an emergency elder abuse report with **Adult Protective Services (APS)**. Simultaneously, Plaintiff escalated the multi-agency cover-up by filing formal complaints with the **U.S. Department of Housing and Urban Development (HUD)** and the **U.S. Department of Justice (DOJ)**. Plaintiff further hand-sent a complete evidence packet via **Certified Mail directly to Governor Gavin Newsom**, which was received by state executives but deliberately left completely unanswered.

- **2023 — Administrative Defiance and The First Through Fourth Pretextual Arrests:**
  Plaintiff spent countless hours waiting daily inside the District Attorney's office to present evidence to newly elected DA Jennifer Dupré, who remained consistently unavailable. Local officials weaponized municipal daytime camping codes to execute a series of targeted, fraudulent arrests while Plaintiff was actively engaged in community service operations, never camping at any time:

  - **April 5, 2023 (Arrest No. 1):** Plaintiff was falsely arrested for daytime camping while actively working and operating her supportive service business for the unhoused community with her physical city business license clearly posted in public view.

- **April 5, 2023 (Arrest No. 2):** On the exact same day, the same arresting officer intercepted Plaintiff while she was peacefully fishing under the authority of a valid California state fishing license, executing a secondary bad-faith arrest for daytime camping.
- **September 5, 2023:** Plaintiff brought her whistleblower logs directly into the public record by speaking before the **Yuba City Council** and City Manager **Diana Langley**
- **September 6, 2023 (Arrest No. 3):** The very next day, municipal police intercepted Plaintiff while she was working in public with her business license posted. Officers executed a retaliatory daytime camping arrest, causing a severe physical bruise to her right upper arm during booking, and unlawfully confiscated the portable chemical toilet (Porta Potty) that Plaintiff had personally rented for her unhoused clients' sanitary use.
- **October 10, 2023 (Arrest No. 4):** Plaintiff was arrested under the false pretext of daytime camping while she was actively conducting her monthly volunteer community clean-up operations and painting over street graffiti in the area.

- **October 12, 2023 — The Recorded DA Dismissal Meeting:**
  Plaintiff attended a formal, recorded meeting inside the office of **District Attorney Jennifer Dupré. DA Investigation Lieutenant Mercey Garcia** entered the room during the meeting and explicitly acknowledged his prior interactions with Plaintiff regarding the homicide files. District Attorney Jennifer Dupré acknowledged on tape that Plaintiff's business license was valid, stated she had reviewed her investigator's report, and explicitly told Plaintiff she was **dismissing all prior camping arrests** because the investigator's report proved she was working with her license posted. During this recorded exchange, DA Dupré asked Plaintiff if she could offer her any other assignments or county service roles. Plaintiff responded that the DA could instead contact **City Manager Diana Langley** and instruct her to call off her police forces and cease the illegal harassment. DA Dupré stated on the recording that she would contact and speak with City Manager Langley about the issue, but explicitly noted that she could not physically force her to stop the police harassment. The DA instructed Plaintiff to return with her entire multi-year folder of crime records for a formal follow-up meeting scheduled for **Monday, October 16, 2023.**
- **October 15, 2023 — Coordinated Sunday Arrest and Asset Destruction (Arrest No. 5):**

One day before the scheduled follow-up meeting, municipal police targeted Plaintiff at her mobile workspace despite the explicit clearing provided by the DA on October 12th. Officers physically assaulted Plaintiff, placed her in handcuffs (**Arrest No. 5** under false camping pretexts while her business license was posted), and unlawfully seized her locked, fully registered, licensed, and insured business vehicle from a legal parking space. Local authorities subsequently had the vehicle and all internal business records destroyed.

- **October 16, 2023 — Pretextual Cancellation and Refiled Charges:**
  On the morning of the scheduled meeting, District Attorney Jennifer Dupré stated she could no

longer meet with Plaintiff regarding the rapes and murder because her office "now had an active case" against Plaintiff. The DA immediately breached the October 12th agreement and maliciously refiled all previous camping charges, modifying the narrative to falsely state Plaintiff was operating on private property.

- **February 7, 2024 — The Sixth Pretextual Arrest at City Hall (Arrest No. 6):** While participating in a completely peaceful, lawful political protest outside Yuba City Hall, municipal police targeted Plaintiff and executed a fraudulent **Arrest No. 6** under the pretextual municipal daytime camping ordinance.

- **September 17, 2024 — Federal Indictment and Interception of the Perpetrator:** **United States Deputy Marshals** intercepted and arrested the primary male resident predator on a **10-count federal indictment** for failing to register as a sex offender. Federal authorities subsequently transferred the predator out of the jurisdiction and placed him into a **federal prison facility in Oregon**.

- **October 4, 2024 — The Final Judgment in Furtherance of Justice:** Following a protracted court process involving all six active cases, Plaintiff produced **10,000 pages of corporate business ledgers and clean service records** to the court. Upon reviewing the records, the state court completely dismissed all six criminal cases **in the furtherance of justice**, establishing an unassailable judicial record of bad-faith enforcement.

- **November 8, 2024 — Recorded Post-Dismissal DA Confrontation:** Plaintiff returned to the District Attorney's office and conducted a recorded meeting with Jennifer Dupré, directly confronting her regarding the malicious prosecution and vehicle destruction.

- **November 9, 2024 — The Fifth Rape via Telecare Staff:** The very next day, a female client residing at the same New Haven Court facility was violently raped by an active **Telecare Corporation employee** inside the on-site program office. The victim was transported to Sacramento for a 6-hour forensic rape kit examination, only to return home to find that Telecare executives had simply transferred the perpetrator to another facility location.

- **January 17, 2025 — Final Hand-Delivered Statement:** Plaintiff hand-delivered the rape victim's formal written statement and disclosure logs directly to the office desk of **District Attorney Jennifer Dupré**. The District Attorney's office refused to issue a response or initiate a criminal investigation.

- **March 22, 2025 — Formal Federal Law Enforcement Debriefing:** Plaintiff conducted a formal interview with **U.S. Deputy Marshal Nelson**. Plaintiff provided an exhaustive, recorded statement detailing the complete multi-year history of rapes, the homicide cover-up, and localized law enforcement retaliation taking place at the PSH facility. Deputy Marshal Nelson officially **recorded Plaintiff's statements** and explicitly confirmed that his office would directly contact District Attorney Jennifer Dupré to demand accountability and investigate the allegations.

- **April 2, 2025 — Formal Government Tort Claim Filings:**
  Plaintiff compiled her administrative records and physically filed her formal tort claims against the City and County to recover civil damages for the six dismissed cases

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Plaintiff suffered the complete destruction of a licensed sole proprietorship business (HEAVEN CAN WAIT), total loss of gross business income, unlawful seizure and destruction of personal property and business records (vehicle destruction), severe public humiliation, extreme mental anguish, and profound phykal pain, including a deep physical bruise on the right upper arm substained during a retaliatory booking and environmental exposure while navigating active cancer treatments without shelter or transportation.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Plaintiff requests compensatory damages for the total financial loss of business assets, business income contracts, vehicle destruction, and extreme reputational ruin in an amount exceeding $1,000,000; general damages for severe physical pain, medical distress, and emotional trauma; and punitive damages against all individual-capacity defendants for malicious, willful, and bad-faith actions executed under color of law.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: Oct. 1, 2026

Signature of Plaintiff Kimberley L.A.C. Marquard

Printed Name of Plaintiff Kimberley L.A.C Marquard d.b.a. HeavenCanWait